UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BOH SCHUBERT,<br><br>        Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL, Deputy Commissioner of Social Security for Operations,<br><br>        Defendant. | Case No. C18-918-JPD<br><br>SHOW CAUSE ORDER |

Plaintiff, proceeding with counsel, filed a complaint against the Commissioner of the Social Security Administration on June 27, 2018. Dkt. 5. To date, however, there is no indication that plaintiff has properly served copies of the complaint along with appropriate summonses as required by Rule 4 of the Federal Rules of Civil Procedure, or to provide the Court with proof of such service. Accordingly, the Court ORDERS as follows:

    (1)    If plaintiff has not already done so, plaintiff shall serve copies of the complaint, along with summonses, on the appropriate parties as required by Rule 4 of the Federal Rules of Civil Procedure or may effectuate service electronically as detailed in General Orders 04-15 and 05-15. Plaintiff must do so, and provide the Court with proof of service, by **no later than Wednesday, October 3, 2018**. In addition, plaintiff's counsel shall SHOW CAUSE why he

should not be sanctioned $200 for failure to prosecute the case by **no later than Wednesday, October 3, 2018.**

(2) If plaintiff has already served the complaint and summonses, plaintiff shall file proof of service with the Court by **no later than Wednesday, October 3, 2018**.

(3) In the alternative, should plaintiff not effectuate service, plaintiff's counsel shall SHOW CAUSE why this case should not be dismissed for failure to properly serve the complaint and summonses on the appropriate parties, and why counsel should not be sanctioned.

(4) Plaintiff is advised that if she neither effects proper service of the complaint nor responds to the Court's show cause order, this case will likely be dismissed.

(5) The Clerk is directed to send a copy of this order to counsel for all parties.

DATED this 28th day of September, 2018.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge